No. 945. COUNTRY GARDEN MARKET, INC. *v.* BOWLES, PRICE ADMINISTRATOR, ET AL. May 29, 1944. Petition

for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Albert Brick* for petitioner. *Solicitor General Fahy* and *Mr. Thomas I. Emerson* for respondents.